IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* vs. SEAN CHRISTOPHER WILLIAMS, *Defendant.* | DOCKET NO. 1:23 CR 61 **MOTION TO CONTINUE TRIAL DATE AND RULE 12(b)(1)-(3) MOTIONS DEADLINE** |

Sean Christopher Williams, by and through his counsel of record, Federal Public Defender John Baker and Assistant Federal Public Defender Carson Smith respectfully request to continue the trial date presently scheduled for November 3, 2025. They also respectfully request to extend the F.R.C.P. 12(b)(1)-(3) motions deadline, which is scheduled for October 17, 2025. As grounds therefore, it is averred:

1. Mr. Williams was arraigned on February 28, 2025. He had been charged by Bill of Indictment with possession with the intent to distribute actual methamphetamine and cocaine, under 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C)..

2. The Court's Arraignment Order filed on February 28, 2025 set the Federal Rule of Criminal Procedure 12(b)(1)-(3) motions deadline for Mr. Williams. Mr. Williams requested and was granted continuances of his pretrial motions deadline until October 17, 2025.

3. As noted in prior continuance motions, the parties have been engaged in good faith pretrial negotiations in this case and Mr. Williams' other case pending before this Court.

4. In early October, 2025, plea negotiations in both cases ended, setting this case and Mr. Williams' other case on course for two separate fully contested trials with necessary pretrial motion litigation. There are also discovery issues still to be resolved. For example, the only lab-related evidence disclosed to date was the laboratory report itself. Similarly, there has been no Rule 16(a)(1)(G) notice regarding expert witnesses. [1]

5. At that time, Mr. Williams was represented by Assistant Federal Public Defender Emily Jones. In addition to this case and a normal AFPD caseload, AFPD Jones represents Mr. Kelvin Simmons. Our District's CJA Plan directs that counsel in a capital case "must be willing and able to adjust other caseload demands to accommodate the extraordinary time required by the capital representation." CJA Plan ¶XV.C.3.c.

6. After consultation with Mr. Williams, AFPD Jones was replaced by undersigned counsel due to her other caseload demands, including the then imminent indictment on death eligible charges in the Simmons case and the complexity of representing Mr. Williams during two contested trials.

7. This case was kept within the FPDO, by whom Mr. Williams feels well represented,[2] vice moving for excusal and appointment of CJA counsel to reduce the ramp up time needed to competently represent Mr. Williams. However, undersigned counsel needs some time to review the case file, resolve outstanding discovery issues, research and file pretrial motions, and begin to prepare for two contested trials.

8. Mr. Williams requests that this Court modify its requirement under Rule 12(b)(1)-(3) and extend the pretrial motions deadline until November 17, 2025.

---

[1] Disclosure of both were previously requested in writing. Given the posture of the case until early October, it is not surprising that these items have yet to be disclosed. We intend to file a more detailed discovery request addressing these and other outstanding discovery issues.
[2] During his recent case in EDTN, Mr. Williams was represented by 5 different CJA counsel and proceeded pro se during the trial itself.

9. The Unites States opposes this motion to continue.

**WHEREFORE,** Sean Christopher Williams requests an extension of his Rule 12(b)(1)-(3) motions deadline for 30 days and a continuance of his trial date.

Respectfully submitted:

s/ John G. Baker
John G. Baker
Federal Public Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: john_baker@fd.org

s/ Carson Smith
Carson Smith
Assistant Federal Defender
Federal Public Defender's Office
29 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: carson_smith@fd.org